# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0994

VERSUS

ZA'SHAWN J. RICE

**NOVEMBER 6, 2023**

---

In Re:   Terrebonne Parish District Public Defender's Office, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 845525.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** Under the Sixth Amendment, a person's right to counsel attaches only at or after the time an adversary judicial proceedings have been initiated against him. See also La. Const. art. I, § 13; **McNeil v. Wisconsin**, 501 U.S. 171, 111 S.Ct. 2204, 115 L.Ed.2d 158 (1991). Furthermore, the functions and duties of an indigent defender board are not implicated unless an individual is a defendant. See **Cooks v. Rapides Parish Indigent Defender Board**, 96-811 (La. App. 3d Cir. 12/11/96), 686 So.2d 63, 66-67, writ denied, 97-0409 (La. 3/27/97), 692 So.2d 398. Accordingly, the district court's decision to appoint conflict counsel from the Terrebonne Parish Public Defender's Office to provide representation to an indigent witness who invoked his Fifth Amendment privilege against self-incrimination at a suppression hearing was improper. The district court's decision is reversed and this matter is remanded for further proceedings.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT